## PATRICIA KRAFICK *v.* JOHN H. KRAFICK
(12717)

O'CONNELL, HEIMAN and SCHALLER, Js.
Argued June 9—decision released June 28, 1994

*David S. Maclay,* for the appellant (plaintiff).
*Daniel P. Weiner,* with whom, on the brief, was *Dan M. Schacht,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.